US00D455291S

| (12) | United States Design Patent | (10) Patent No.: | US D455,291 S |
|---|---|---|---|
| | Jeup | (45) Date of Patent: ** | Apr. 9, 2002 |

(54) **BUFFET**

(75) Inventor: Joseph Jeup, Hudsonville, MI (US)

(73) Assignee: Jeup, Inc., Jenison, MI (US)

(**) Term: 14 Years

(21) Appl. No.: 29/136,603

(22) Filed: Feb. 1, 2001

(51) LOC (7) Cl. .................................................. **06-04**
(52) U.S. Cl. ................................................. **D6/448**
(58) Field of Search .................. D6/432–448; 312/204, 312/224

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D216,899 S | * | 3/1970 | Szirmay | D6/446 |
| D239,893 S | * | 5/1976 | Eisen | D6/446 |
| D347,752 S | * | 6/1994 | Korch et al. | D6/446 |
| D440,430 S | * | 4/2001 | Hutton | D6/446 |

\* cited by examiner

*Primary Examiner*—Cathron C. Brooks
(74) *Attorney, Agent, or Firm*—Young & Basile, P.C.

(57) **CLAIM**

The ornamental design for a buffet, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevational view of a buffet showing my new design;
FIG. 2 is a rear elevational view thereof;
FIG. 3 is a side elevational view thereof, the opposite side being a mirror image;
FIG. 4 is a top plan view thereof; and
FIG. 5 is a bottom plan view thereof; and,
FIG. 6 is a perspective view thereof from the front.

**1 Claim, 3 Drawing Sheets**



U.S. Patent        Apr. 9, 2002        Sheet 1 of 3        US D455,291 S

FIG - 1



FIG - 2



U.S. Patent    Apr. 9, 2002    Sheet 2 of 3    US D455,291 S

FIG - 3



FIG - 4



FIG - 5



**U.S. Patent**  Apr. 9, 2002  Sheet 3 of 3  US D455,291 S



FIG - 6

# EXHIBIT 2



US00D444323S

## (12) United States Design Patent
### Jeup

(10) Patent No.: **US D444,323 S**
(45) Date of Patent: ** **Jul. 3, 2001**

(54) **TABLE**

(75) Inventor: **Joseph Jeup**, Hudsonville, MI (US)

(73) Assignee: **Jeup, Inc.**, Jenison, MI (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/124,878**

(22) Filed: **Jun. 13, 2000**

(51) LOC (7) Cl. ......................................... 06-03
(52) U.S. Cl. ............................... D6/486; D6/474
(58) Field of Search ............... D6/480–489, 495–499, D6/474; 108/153.1, 156, 157.1, 161, 150; 248/188, 188.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

D. 133,434 * 8/1942 Graham .......................... D6/486
D. 143,599 * 1/1946 Karp ............................... D6/483
1,546,777 * 7/1925 Deinhart .......................... 108/150

* cited by examiner

*Primary Examiner*—Janice E. Seeger
(74) *Attorney, Agent, or Firm*—Young & Basile P.C.

(57) **CLAIM**

The ornamental design for a table, as shown and described.

**DESCRIPTION**

FIG. 1 is a top view of the table design.
FIG. 2 is a right side elevational view which is identical to the left side elevational view of the table design.
FIG. 3 is a front elevational view which is identical to the rear elevational view of the table design.
FIG. 4 is a bottom view of the table design; and,
FIG. 5 is a perspective view of the table design.

**1 Claim, 2 Drawing Sheets**



U.S. Patent        Jul. 3, 2001        Sheet 1 of 2        US D444,323 S

FIG - 1



FIG - 2



FIG - 3



FIG - 4



U.S. Patent  Jul. 3, 2001  Sheet 2 of 2  US D444,323 S

FIG - 5



# EXHIBIT 3



# EXHIBIT 4

