IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEUP, INC., a Michigan corporation, | ) | |
| | ) | |
| *Plaintiff,* | ) | 07 CIV. _____ |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF JEUP, INC.'S RULE** |
| CHENG MENG FURNITURE CO. LTD., a Singapore corporation, | ) | **7.1(a) DISCLOSURE STATEMENT** |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff JEUP, INC. states that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated:  June 27, 2007

ABELMAN, FRAYNE & SCHWAB

Jeffrey A. Schwab (JS 9592)
John H. Choi (JC 1286)
666 Third Avenue
New York, New York 10017
Tel:  212.949.9022

*Attorneys for Plaintiff Jeup, Inc.*