UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
JEUP, INC d/b/a JEUP FURNITURE

        Plaintiff,

   -against-                             CASE NO.
                                                07CIV6080

CHEN MENG FURNITURE CO. LTD           AFFIDAVIT OF
                                                   SERVICE

        Defendant.
------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.   ss:

    **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

    On **June 28, 2007**, at approximately **2:00pm**, deponent served a **SUMMONS, COMPLAINT AND PLAINTIFF JEUP, INC'S RULE 7.1(a) DISCLOSURE STATEMENT**, in the above captioned action upon **Cheng Meng Furniture Co. LTD**, at **95 Morton Street, New York, NY 10014**, by delivering a true and correct copy of said documents to **Simone Rene/Legal Department**, who acknowledged that she was authorized to accept service on behalf of **Cheng Meng Furniture Co. LTD**.

    **Ms. Rene's** approximate physical description is:

| | |
|---|---|
| RACE: | WHITE |
| SEX: | FEMALE |
| HAIR: | BLACK |
| EYES: | BROWN w GLASSES |
| HEIGHT: | 5'3" |
| WEIGHT: | 150 lbs |
| AGE: | 30-35 |

*Robert Vick* (signature)
Robert Vick

Sworn to Before Me this
29th day of JUNE, 2007.

_____
NOTARY PUBLIC

Ablemn162

RINA I. RAMOS, Notary Public
State of New York No. 01RA6002465
Qualified in Queens County
Certified in Queens County
Commission Expires Feb. 9, 2010