AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 CIV 6080

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cheng Meng Furniture Co. Ltd. for the purpose of filing a motion to contest jurisdiction under Rule 12(b), Fed. R. Civ. P.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2007 | *signature* |
| Date | Signature |
| | Michael R. Graif — MG-4795 |
| | Print Name / Bar Number |
| | Venable LLP, 405 Lexington Avenue |
| | Address |
| | New York / NY / 10174 |
| | City / State / Zip Code |
| | (212) 808-5670 / (212) 307-5598 |
| | Phone Number / Fax Number |