IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JEUP, INC., d/b/a Jeup Furniture, a Michigan )
corporation, )
)
)
Plaintiff, )
) Case No.: 07 CIV 6080
-against - )
)
CHENG MENG FURNITURE CO. LTD., a ) **STIPULATION TO EXTEND**
Singapore corporation, ) **TIME TO ANSWER OR**
) **MOVE**
Defendant. )
---------------------------------------------------------------x

IT IS HEREBY AGREED, by and between the respective attorneys for the parties in the above-captioned matter, that the Defendant's time to file an Answer or otherwise move in response to the Complaint is extended thirty (30) days to August 17, 2007.

DATED this 18th day of July 2007.                DATED this 18th day of July 2007.

_____                        _____
Michael R. Graif (MG-4795)                       John Choi (JC-1286)
VENABLE LLP                                      ABELMAN FRAYNE & SCHWAB
405 Lexington Avenue                             666 Third Avenue, 10th Floor
New York, NY 10174                               New York, NY 10017
Telephone: (212) 808-5670                        Telephone: (212) 949-9022
Facsimile:  (212) 307-5598                       Facsimile: (212) 949-9190
***Counsel for Defendant***                      ***Counsel for Plaintiff***

RECEIVED
JUL 19

SO ORDERED:

_____
J.D.J.
7/27/07