USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEUP, INC., : 07 Civ. 6080 (RJH)

                     Plaintiff,

    - against - : **ORDER**

CHENG MENG FURNITURE CO. LTD.,

                     Defendant.

------------------------------------------------------------x

       An initial pretrial conference is currently scheduled in the above-captioned matter on September 6, 2007 at 10:00 a.m. in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007. Defendant's anticipated motion to dismiss will be considered at that conference.

SO ORDERED.

Dated: New York, New York
       September 3, 2007

                                                   Richard J. Holwell
                                                 United States District Judge