ABELMAN, FRAYNE & SCHWAB
Jeffrey A. Schwab (JAS 9592)
Anthony J. DiFilippi (AD 7870)
John H. Choi (JC 1286)
666 Third Avenue
New York, New York 10017
Tel: (212) 949-9022

*Attorneys for Plaintiff*

VENABLE LLP
Michael R. Graif (MG 4795)
Michael C. Hartmere (MH 6839)
The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174
Tel: (212) 307-5500

*Attorneys for Defendant*



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

JEUP INC., d/b/a Jeup Furniture,
a Michigan corporation,

                      *Plaintiff,*

             -against-

CHENG MENG FURNITURE CO. LTD.,
a Singapore corporation,

                     *Defendant.*

07 Civ. 6080 (RJH)(RLE)

**STIPULATED
CONSENT JUDGMENT**

      Upon consent of the parties to this action, by their attorneys and representatives, it is

hereby **ORDERED** and **ADJUDGED** that:

      1.    This Court has, and shall retain jurisdiction over the parties hereto for

purposes of the enforcement both of this Consent Judgment and the confidential binding Settlement

Agreement entered into between the parties on January 30, 2008.

   2.  Except as is inconsistent with the foregoing, this action, including all claims and counterclaims, and including without limitation all claims presently known or unknown arising from the individual allegations made therein, is hereby dismissed in its entirety with prejudice, against all parties, and each party shall bear its own costs and attorney fees.

ABELMAN, FRAYNE & SCHWAB

Dated: February 4, 2008

Jeffrey A. Schwab (JS 9592)
Anthony J. DiFilippi (AD 7870)
John H. Choi (JC 1286)
666 Third Avenue
New York, New York 10017
Tel: (212) 949-9022

*Attorneys for Plaintiff*

VENABLE LLP

Dated: February 4, 2008

Michael R. Graif (MG 4795)
Michael C. Hartmere (MH 6839)
The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174
Tel: (212) 307-5500

*Attorneys for Defendant*

SO ORDERED this 5 day of Fb 2008:

United States District Judge

The Clerk is requested
to close this case

3